# United States District Court

## DISTRICT OF MASSACHUSETTS

TRUSTEES OF PIPEFITTERS LOCAL
537 PENSION FUND, ANNUITY FUND
AND HEALTH & WELFARE FUND

v.

HVAC MECHANICAL SYSTEMS, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 10757 JLT

TO: (Name and Address of Defendant)

> HVAC Mechanical Systems, Inc.
> 34 Sullivan Road, Unit 17
> Billerica, MA 01862

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

> Christopher N. Souris
> Krakow & Souris
> 225 Friend Street
> Boston, MA 02114

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS
CLERK

BY DEPUTY CLERK

DATE: APR 14 2004



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221

*Middlesex, ss.*

June 29, 2004

I hereby certify and return that on 6/28/2004 at 11:45AM I served a true and attested copy of the SUMMONS AND COMPLAINT in this action in the following manner: To wit, by delivering in hand to BOB MARZEOTI, agent, person in charge at the time of service for HVAC MECHANICAL SYSTEMS, INC., at , 34 SULLIVAN Road, UNIT 17 Billerica, MA. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($1.80), Postage and Handling ($1.00), Travel ($12.16) Total Charges $49.96

*Deputy Sheriff*

☐ Returned unexecuted: _____

☐ Other (specify): _____

---

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
Date                             Signature of Server

_____
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.