UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF THE PIPEFITTERS LOCAL 537 PENSION FUND, et al )<br>    Plaintiffs, )<br>v.                                                                  )   C.A. No. 04-10757-JLT<br>                                                                    )<br>HVAC MECHANICAL SYSTEMS, INC.,    )<br>    Defendant.                                              )<br>_____ ) | |

REQUEST FOR NOTICE OF DEFAULT

Plaintiffs respectfully request that the court send a Notice of Default to the defendant, HVAC Mechanical Systems, Inc., 34 Sullivan Road, Unit #17, N. Billerica, MA 01862 in the above-captioned action.  Defendant HVAC Mechanical Systems, Inc. was served with the complaint on June 28, 2004.

As of this date, defendant has not filed an answer or other responsive pleading to the complaint.

Dated: March 18, 2005

Respectfully submitted,

Christopher N. Souris
BBO #556343
KRAKOW & SOURIS, LLC
225 Friend Street
Boston, MA 02114     (617) 723-8440

/s/Christopher N. Souris_____
Attorney for plaintiffs