UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Trustees of the Pipefitters Local 537 Pension Fund** | |
| **Plaintiff** | **CIVIL ACTION** |
| | **NO. 04-cv-10757 JLT** |
| **V.** | |
| **HVAC Mechanical Systems, Inc.** | |
| **Defendant** | |

**NOTICE OF DEFAULT**

Upon application of the Plaintiff, **Trustees of the Pipefitters Local 537 Pension Fund,** for an order of Default for failure of the Defendant, **HVAC Mechanical Systems, Inc.,** to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this **21st** day of **March 2005** .

          SARAH A. THORNTON
          CLERK OF COURT

          By:   **/s/ Kimberly M. Abaid**
                  **Deputy Clerk**

**Notice mailed to:**
**All Counsel of Record**

(Default Notice.wpd - 3/7/2005)