UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF THE PIPEFITTERS LOCAL 537 PENSION FUND, ANNUITY FUND and HEALTH & WELFARE FUND, <br>     Plaintiffs, <br> v. <br><br> HVAC MECHANICAL SYSTEMS, INC., <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 04-10757-JLT <br> ) <br> ) <br> ) <br> ) |

REQUEST FOR ADDITIONAL TIME
TO FILE MOTION FOR DEFAULT JUDGMENT

    Plaintiffs are presently preparing an affidavit of damages to support a motion for entry of a default judgment, but require additional time to prepare the calculation of damages. Accordingly, plaintiffs respectfully request that their time to file a motion be extended to May 27, 2005

Dated: April 25, 2005

                                            Respectfully submitted,

                                            Christopher N. Souris
                                            BBO #556343
                                            KRAKOW & SOURIS, LLC
                                            225 Friend Street
                                            Boston, MA 02114    (617) 723-8440
                                            /s/ Christopher N. Souris
                                            Attorney for plaintiffs

CERTIFICATE OF SERVICE

    I, Christopher N. Souris, hereby certify that I caused a copy of the foregoing to be served by first class U.S. mail this day to HVAC Mechanical Systems, Inc., 34 Sullivan Road, Unit #17, N. Billerica, MA 01862

                                                        /s/ Christopher N. Souris
                                                      Christopher N. Souris