UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF THE PIPEFITTERS LOCAL 537 PENSION FUND, ANNUITY FUND and HEALTH & WELFARE FUND, <br>     Plaintiffs, <br> v. <br><br> HVAC MECHANICAL SYSTEMS, INC., <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 04-10757-JLT <br> ) <br> ) <br> ) <br> ) |

**MOTION FOR ENTRY OF JUDGMENT**

Plaintiffs, Trustees of the Pipefitters Local Union 537 Pension Fund, et al, upon the accompanying Affidavit of Charles T. Hannaford, respectfully move pursuant to F.R.C.P. 55(b)(1), for entry of judgment by the Clerk ordering the defendant, HVAC Mechanical Systems, Inc. to pay to the plaintiffs the sum of $139,401.38.

Dated: June 23, 2005          Respectfully submitted,

                                    Christopher N. Souris
                                    BBO #556343
                                    KRAKOW & SOURIS, LLC
                                    225 Friend Street
                                    Boston, MA 0211   (617) 723-8440
                                    /s/ Christopher N. Souris
                                    Attorney for plaintiffs

CERTIFICATE OF SERVICE

I, Christopher N. Souris, hereby certify that I caused a copy of the foregoing to be mailed this date to HVAC Mechanical Systems, Inc.

                                    /s/ Christopher N. Souris
                                    Christopher N. Souris

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF THE PIPEFITTERS LOCAL 537 PENSION FUND, ANNUITY FUND and HEALTH & WELFARE FUND, | ) ) ) |
| Plaintiffs, | ) |
| v. | ) C.A. No. 04-10757-JLT ) |
| HVAC MECHANICAL SYSTEMS, INC., | ) |
| Defendant. | ) ) |

**JUDGMENT**

TAURO, D.J.

Defendant, HVAC Mechanical Systems, Inc. having failed to plead or otherwise defend in this action and default having been entered on March 31, 2005;

Now, upon application of plaintiffs and a declaration demonstrating that defendant owes plaintiffs the sum of $139,201.42, that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiffs have incurred costs in the sum of $199.96, it is hereby

**ORDERED, ADJUDGED AND DECREED:**

1. That plaintiffs recover from defendant HVAC Mechanical Systems, Inc. the sum of $139,401.38 with interest as provided by law.

By the Court,

_____
Deputy Clerk

Dated:_____