UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF THE PIPEFITTERS LOCAL 537 PENSION FUND, ANNUITY FUND and HEALTH & WELFARE FUND,<br>　　　Plaintiffs,<br>v.<br><br>HVAC MECHANICAL SYSTEMS, INC.,<br>　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 04-10757-JLT<br>)<br>)<br>)<br>) |

## JUDGMENT

TAURO, D.J.

　　Defendant, HVAC Mechanical Systems, Inc. having failed to plead or otherwise defend in this action and default having been entered on March 31, 2005;

　　Now, upon application of plaintiffs and a declaration demonstrating that defendant owes plaintiffs the sum of $139,201.42, that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiffs have incurred costs in the sum of $199.96, it is hereby

### ORDERED, ADJUDGED AND DECREED:

　　1. That plaintiffs recover from defendant HVAC Mechanical Systems, Inc. the sum of $139,401.38 with interest as provided by law.

By the Court,

/s/ J. Tauro
Deputy Clerk

Dated: 7/28/05